IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Lewis T. Babcock

Civil Action No.  07-cv-00867-LTB
Criminal Action No. 05-cr-00217-LTB

UNITED STATES OF AMERICA,

    v.

RANDY EUGENE KEYES,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before   May 25  , 2007, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:   May 2, 2007

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge
United States District Court